UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3-11-00096 |
| | ) |
| MONTAE G. BROCKETT | ) |
| | ) |

## ORDER

The Judgment and Commitment Order which was entered in the above styled case on June 13, 2012 is hereby amended as follows:

"The court recommends to the Bureau of Prison that the defendant be incarcerated near his home in Seat Pleasant, Maryland."

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT