UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3-11-00096 |
| ) | |
| MONTAE G. BROCKETT ) | |

ORDER

The Judgment and Commitment Order which was entered in the above styled case on

June 13, 2012 is hereby amended as follows:

The Restitution ordered is $105.289.75. The Travelers Insurance Company shall receive $80,289.75 of said restitution. Payments for $80,289.75 should be forwarded to the Law Office of Darren Fields, LLC, 11605 Crossroads Circle, Suite J, Baltimore, Maryland 21220, Re: File No. 100311881. The remaining restitution balance of $25,000 is owed to Citizens Bank and Trust. Payments for the $25,000 shall be forwarded to Citizens Bank and Trust, 2013 Jefferson Street, Nashville, Tennessee, Re: M. Brockett.

It is so ORDERED.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT